RENE VALLADARES
Acting Federal Public Defender
Nevada State Bar No. 11479
PAUL D. RIDDLE
411 E. Bonneville Ave., Suite 250
Las Vegas, Nevada 89101
Tel:  (702) 388-6577
Fax: (702) 388-6261
Attorney for Defendant: JOSE VIDAL PENZ-CHAVEZ

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

UNITED STATES OF AMERICA,

Plaintiff,

vs.

JOSE VIDAL PENA-CHAVEZ,

Defendant.

Case No. **2:10-cr-00237-GMN-PAL**

**ORDER**

Defendant, Jose Vidal Pena-Chavez, having appeared before the undersigned United States District Court Judge on June 16, 2011, and good cause appearing therefore,

**IT IS HEREBY ORDERED** that Defendant shall be allowed to communicate with his sister, Genesis Pena-Chavez, via written correspondence.  Ms. Pena-Chavez, register # 44366-048, is currently incarcerated at Dublin FCI located at  5701 8th St., Camp Parks, Dublin, CA 94568.

**DATED** this 17th day of June, 2011.

_____
Gloria M. Navarro
United States District Judge