UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> vs. ) <br> ) <br> JOSE VIDAL PENA-CHAVEZ, ) <br> ) <br> Defendant. ) <br> ) | Case No.: 2:10-cr-00237-GMN-PAL <br><br> **ORDER** |

Before the Court is Defendant Jose Vidal Pena-Chavez's Motion for Time Reduction by an Inmate in Federal Custody (ECF No. 63), and the Government's Response (ECF No. 66) to Defendant's Motion. For the reasons stated by the Government in its Response (ECF No. 66), Defendant Jose Vidal Pena-Chavez's Motion for Time Reduction by an Inmate in Federal Custody (ECF No. 63) is hereby **DENIED**.

**DATED** this 4th day of August, 2014.

_____
Gloria M. Navarro, Chief Judge
United States District Court