DANIEL G. BOGDEN
United States Attorney
ELIZABETH O. WHITE
Appellate Chief and
Assistant United States Attorney
100 West Liberty, Suite 600
Reno, Nevada
775-784-5438

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
-oOo-

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2:10-CR-237-GMN-PAL |
| | ) | |
| JOSE VIDAL PENA-CHAVEZ, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**JOINT STIPULATION FOR A SENTENCE REDUCTION**
**PURSUANT TO 18 U.S.C. § 3582(c)(2)**

The United States of America, by Assistant United States Attorney Elizabeth O. White, and Defendant Jose Vidal Pena-Chavez, by Assistant Federal Public Defender Nisha Brooks-Whittington, submit the following Joint Stipulation for Discretionary Relief pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree and stipulate to the following:

**A.** <u>**Material Facts in Support of Joint Stipulation**</u>

Defendant was previously convicted and sentenced for an offense involving controlled substances.

On August 30, 2011, this Court sentenced Defendant to 87 months' imprisonment for conspiracy to distribute a controlled substance in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii), and 846. CR 61. This Court previously found: (a) that Defendant's total offense level was 29; (2) that Defendant's criminal history category was I; and (c) that the guidelines sentencing range was 87-108 months' imprisonment. This Court imposed a sentence in at the low end of the guidelines range.

Following imposition of sentence, the U.S. Sentencing Commission promulgated Amendment 782, which took effect on November 1, 2014. Amendment 782 (a) reduces the guidelines offense levels across all drug types; and (b) with certain limitations, applies retroactively to defendants sentenced prior to November 1, 2014.

Defendant seeks a discretionary reduction in sentence pursuant to Amendment 782, and in accordance with 18 U.S.C. § 3582(c)(2) which (among other things) provides that, in certain circumstances, a sentencing

court "may reduce the term of imprisonment." Pursuant to Amendment 788, sentencing reductions under Amendment 782 may not result in a defendant's release from BOP custody prior to November 1, 2015.

**B.      Terms of Sentence Reduction Under 18 U.S.C. § 3582(c)(2)**

Defendant is eligible for a discretionary reduction to the guideline imprisonment range, and the parties agree that a reduction is appropriate. Pursuant to 18 U.S.C. § 3582(c)(2) and Guidelines Amendment 782: (a) Defendant's revised total offense level is 27; (b) Defendant's criminal history category remains I; and (c) the revised advisory guidelines sentencing range is 70-87 months' imprisonment. Based on the foregoing, the parties jointly recommend that Defendant's sentence be reduced to 70 months' imprisonment, a sentence at the low end of the revised guidelines range.[1]  The parties understand and stipulate that, if this reduced sentence would result in a release date prior to November 1, 2015, then the defendant will be ordered released on November 1, 2015.

**C.      Waivers; Review and Consent of Defendant**

Defendant knowingly and voluntarily waives any right to appeal any aspect of the revised sentence, *except that*, if the revised sentence exceeds

---

[1] This Court previously determined that Defendant is eligible for safety-valve relief from the statutory minimum sentence for the offense.

1    the recommended term of 70 months, or November 1, 2015, whichever is

2    later, Defendant may appeal that aspect of the revised sentence. *See*

3    Declaration, attached as Exhibit 1.

4        Defendant (a) waives any right he may have to a hearing on his

5    motion under 18 U.S.C. § 3582(c)(2); (b) waives any right he may have to

6    attend such a hearing; (c) has reviewed this stipulation with defense

7    counsel; and (d) agrees with and consents to this stipulation. *See*

8    Declaration, attached as Exhibit 1.

9    **D.**   **Reduction of Sentence Report**

10       The parties jointly request, for purposes of this Court's adjudication

11   of Defendant's pending motion under 18 U.S.C. § 3582(c)(2), that this

12   Court direct the United States Probation Office to submit a reduction of

13   sentence report, confirming Defendant's revised guidelines imprisonment

14   range and describing any public safety factors (including Defendant's

15   institutional history) relevant to this Joint Stipulation and discretionary

16   relief under 18 U.S.C. § 3582(c)(2).

17   **E.**   **Acknowledgment of Reserved Rights**

18       Notwithstanding this Joint Stipulation, the United States expressly

19   preserves and does not waive its contentions that a defendant seeking

relief under 18 U.S.C. § 3582(c)(2) has no constitutional or statutory right to counsel, to a hearing on the motion, or to be present at any hearing on the motion.

F. <u>Conclusion</u>

Based on the above, the parties respectfully request that the Court enter an order granting Defendant a sentence reduction pursuant to 18 U.S.C. § 3582(c)(2), and reducing his sentence to 70 months' imprisonment; with all other provisions of the judgment dated September 2, 2011, to remain in effect; and with an "effective date" of November 1, 2015.

Respectfully submitted this 20th day of March, 2015.

| RENE L. VALLADARES | DANIEL G. BOGDEN |
| Federal Public Defender | United States Attorney |

By: *s/ Nisha Brooks-Whittington*       By: *s/ Elizabeth O. White*
Nisha Brooks-Whittington                       Elizabeth O. White
Asst. Federal Public Defender                 Appellate Chief and
*Counsel for Defendant*                          Assistant United States Attorney
*Jose Vidal Pena-Chavez*

**IT IS SO ORDERED.**

_____
Gloria M. Navarro, Chief Judge
United States District Court

**DATED:** 06/15/2015.

# Exhibit 1

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 2:10-CR-237-GMN-PAL |
| v. ) | |
| ) | |
| JOSE VIDAL PENA-CHAVEZ, ) | |
| ) | |
| Defendant. ) | |

## DECLARATION IN SUPPORT OF
## JOINT STIPULATION UNDER 18 U.S.C. § 3582(c)(2)

1.  I, Jose Vidal Pena-Chavez, am the Defendant in the above-captioned case and the movant seeking relief in a pending motion under 18 U.S.C. § 3582(c)(2).

2.  I have read and discussed with my attorney, Nisha Brooks-Whittington, the "Joint Stipulation for a Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)" (the "Joint Stipulation") to be filed in this case.

3.  I agree with and consent to the Joint Stipulation.

4.  My attorney has explained my appellate rights to me. I hereby knowingly and voluntarily waive the right to appeal any aspect of the revised sentence imposed by the Court under the terms of the Joint Stipulation, *except that*, if the revised sentence exceeds the recommended term of 70 months' imprisonment, or November 1, 2015, whichever is later, I may appeal that aspect of the revised sentence.

5.  I hereby waive any right I may have to a hearing on my pending motion for discretionary relief under 18 U.S.C. § 3582(c)(2), or to attend such a hearing.

DATED this 3rd day of March, 2015.

*/s/ Jose Pena Chavez*
Jose Vidal Pena-Chavez